■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED PETERSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 12, 1977, convicting him of two counts of attempted murder in the second degree, upon a jury verdict, and sentencing him to consecutive terms of imprisonment of 8⅓ to 25 years on each count. Judgment modified, as a matter of discretion in the interest of justice, by deleting therefrom the provision that the sentences are to be served consecutively and substituting therefor for a provision that the sentences imposed run concurrently. As so modified, judgment affirmed. The proof of defendant's guilt was overwhelming. However, in our opinion the sentence was excessive to the extent indicated herein. O'Connor, J. P., Rabin, Gulotta and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENE SMITH, Also Known as WAHID SALAAM, Appellant.—Appeal by defendant from a resentence of the Supreme Court, Queens County, imposed January 31, 1978. Resentence affirmed. This court previously has addressed arguments propounded by the defendant-appellant and accorded him, upon affirming his conviction for possession of weapons, etc., as a felony, a *de novo* second felony offender hearing and resentencing. (See *People v Smith,* 59 AD2d 618.) We have reviewed defendant's arguments and find no merit to them. The hearing was fair and complete, defendant failed in his proof, and the resentence is reasonable. Mollen, P. J., Lazer, Cohalan and Gibbons, JJ., concur.